**Fill in this information to identify the case:**

Debtor name   **Lucky Dragon, LP**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-10850-LED**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2018**

X **/s/ Andrew S. Fonfa**
Signature of individual signing on behalf of debtor

**Andrew S. Fonfa**
Printed name

**Managing Member of Eastern Investments, LLC**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Lucky Dragon, LP**

United States Bankruptcy Court for the:   **DISTRICT OF NEVADA**

Case number (if known):   **18-10850-LED**

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                       **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AGILYSYS NV, LLC. 1858 Paysphere Circle Chicago, IL 60674** | | **Business Debt** | | | | **$43,931.45** |
| **ALLURE HOA 200 W SAHARA AVE LAS VEGAS, NV 89102** | | **Business Debt** | | | | **$50,000.00** |
| **AMERASIAN CUISINE, LLC 145 Valle Vista, Ste. K Vallejo, CA 94590** | | **Food & Beverage** | | | | **$68,210.02** |
| **APEX LINEN SERVICE INC 6375 S ARVILLE #10 LAS VEGAS, NV 89118** | | **Business Debt** | | | | **$37,676.79** |
| **ARISTOCRAT DEPT 849540 LOS ANGELES, CA 90084-9540** | | **Business Debt** | | | | **$46,980.91** |
| **BALLY GAMING INC LOCKBOX 749335 LOS ANGELES, CA 90074-9335** | | **Business Debt** | | | | **$101,364.84** |
| **CENTURYLINK P.O. Box 4300 Carol Stream, IL 90197** | | **Utilities** | | | | **$752,454.91** |
| **CLARK COUNTY TREASURER 500 S GRAND CENTRAL PKWY 32 LAS VEGAS, NV 89155** | | **Taxes** | | | | **$143,972.72** |

| Debtor | **Lucky Dragon, LP** | | Case number *(if known)* | **18-10850-LED** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CLEAR CHANNEL OUTDOOR INC PO BOX 742025 LOS ANGELES, CA 90074-2025 | | Business Debt | | | | $28,717.52 |
| CYXTERA 13322 COLLECTION CENTER DR CHICAGO, IL 60693-0133 | | Business Debt | | | | $27,425.25 |
| ERNST & YOUNG PO BOX 846793 LOS ANGELES, CA 90084-6793 | | Consultant | | | | $45,000.00 |
| EVERI PAYMENTS INC PO BOX 206036 DALLAS, TX 75320-6036 | | Business Debt | | | | $189,115.63 |
| GAMING PARTNERS INTERNATIONAL 3945 WEST CHEYENNE AVE NORTH LAS VEGAS, NV 89032 | | Business Debt | | | | $87,938.69 |
| INTERNATIONAL GAMING TECHNOLOG 9295 PROTOTYPE DRIVE RENO, NV 89521 | | Business Debt | | | | $544,444.36 |
| KWONG YET LUNG CO 5000 S. DECATUR BLVD LAS VEGAS, NV 89118 | | Business Debt | | | | $25,836.74 |
| SOTHYS USA INC 1500 NW 94TH AVENUE MIAMI, FL 33172 | | Business Debt | | | | $68,404.38 |
| SUNFOOD MARKET LLC 8715 LINDELL ROAD SUITE 150 LAS VEGAS, NV 89139 | | Food & Beverage | | | | $23,947.14 |
| SURVEILLANCE SYSTEMS 4465 GRANITE DR # 700 ROCKLIN, CA 95677 | | Security | | | | $119,703.06 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **Lucky Dragon, LP**                                    Case number *(if known)*    **18-10850-LED**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SYSCO-NEWPORT MEAT OF NV 5420 S VALLEY VIEW BLVD LAS VEGAS, NV 89118** | | **Food & Beverage** | | | | **$33,307.55** |
| **US FOODS INC PO BOX 101076 PASADENA, CA 91189** | | **Food & Beverage** | | | | **$38,779.08** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon, LP**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10850-LED**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................    $    **143,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................    $    **34,384,179.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................    $    **177,384,179.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **49,925,914.26**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **43,806,089.08**

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b    $    **93,732,003.34**

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon, LP**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10850-LED**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | Unknown |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Nevada** | **Money Market Business Checking** | 9546 | $378.00 |
| 3.2. | **Bank of Nevada** | **Business Checking** | 9421 | $404.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $782.00 |
   |---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| Debtor | **Lucky Dragon, LP** | Case number *(If known)* **18-10850-LED** |
|---|---|---|
| | Name | |

**11.**     **Accounts receivable**

**Promissory Note with Lucky Dragon Hotel & Casino, LLC**

| 11a. 90 days old or less: | **2,230,190.00** | - | **0.00** | = .... | **$2,230,190.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Intercompany Loan to Lucky Dragon Hotel & Casino, LLC**

| 11a. 90 days old or less: | **6,940,895.00** | - | **0.00** | = .... | **$6,940,895.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Las Vegas Hotel & Casino, LLC Business Loan owed to BOFU, LLC**

| 11a. 90 days old or less: | **18,201,000.00** | - | **0.00** | = .... | **$18,201,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Las Vegas Hotel & Casino, LLC Business Loan owed to Eastern Investments, LLC**

| 11a. 90 days old or less: | **3,559,000.00** | - | **0.00** | = .... | **$3,559,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Las Vegas Hotel & Casino, LLC Business Loan owed to Las Vegas Economic Impact Regional Center, LLC**

| 11a. 90 days old or less: | **807,054.00** | - | **0.00** | = .... | **$807,054.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$31,738,139.00**

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Lucky Dragon, LP** | | Case number *(If known)* | **18-10850-LED** |
|---|---|---|---|---|
| | Name | | | |

| 39. | **Office furniture**<br>**Furniture, Fixtures & Equipment** | $1,644,864.00 | | $1,644,864.00 |
|---|---|---|---|---|

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Computers, Laptops, Software & Equipment** | $65,642.00 | | $65,642.00 |
|---|---|---|---|---|
| | **CenturyLink Computer Equipment Used for Communications, Cable, Wi-Fi, Server, Data & Wireless** | $734,020.00 | | $734,020.00 |
| | **Laundry Systems** | $76,200.00 | | $76,200.00 |
| | **Software Systems** | $32,234.00 | | $32,234.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $2,552,960.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** |
|---|---|

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
|---|---|

| 49. | **Aircraft and accessories** |
|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Kitchen Equipment/Machinery** | $92,298.00 | | $92,298.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lucky Dragon, LP**                                      Case number *(If known)* **18-10850-LED**
_____Name_____

| 51. | **Total of Part 8.** | | | | $92,298.00 |
|---|---|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

51. **Total of Part 8.**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- [x] No
- [ ] Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

- [ ] No.  Go to Part 10.
- [x] Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **300 W Sahara Avenue Las Vegas, NV 89102 APN: 162-04-816-001 Property operates as the Lucky Dragon Hotel & Casino. Lucky Dragon Hotel & Casino, LLC leases the Property from the Debtor.** | | $0.00 | Appraisal | $143,000,000.00 |

| 56. | **Total of Part 9.** | | | | $143,000,000.00 |
|---|---|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- [ ] No.  Go to Part 11.
- [x] Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor     **Lucky Dragon, LP**
_____     Case number *(If known)*  **18-10850-LED**
Name

| **Lucky Dragon Hotel and Casino** | | |
|---|---|---|
| **Trademark #5,171,773** | **Unknown** | **Unknown** |

| 61. | **Internet domain names and websites** | | |
|---|---|---|---|
| | **Internet Domain Names & Website** | | |
| | **luckydragonlv.com** | **Unknown** | **Unknown** |

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| | **Business License** | **$0.00** | **Unknown** |

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                                           **$0.00**

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Lucky Dragon, LP**                                   Case number *(If known)* **18-10850-LED**
          <sub>Name</sub>

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $782.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $31,738,139.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,552,960.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $92,298.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................> | | $143,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,384,179.00 | + 91b. $143,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $177,384,179.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon, LP**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10850-LED**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1 Clark County Assessor**<br>Creditor's Name<br><br>**c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155-1401**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2017**<br>**Last 4 digits of account number**<br>**6001**<br>**Do multiple creditors have an<br>interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority.<br>**1. Snow Covered Capital,<br>LLC**<br>**2. Clark County Assessor** | **Describe debtor's property that is subject to a lien**<br>**300 W Sahara Avenue<br>Las Vegas, NV 89102<br>APN: 162-04-816-001<br>Property operates as the Lucky Dragon Hotel<br>& Casino.<br>Lucky Dragon Hotel & Casino, LLC leases the<br>Property from the Debtor.**<br><br>**Describe the lien**<br>**Real Property Taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$293,704.35** | **$143,000,000.0<br>0** |
| **2.2 Snow Covered Capital, LLC**<br>Creditor's Name<br><br><br>**1555 Pacific Ave<br>San Francisco, CA 94109**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**300 W Sahara Avenue<br>Las Vegas, NV 89102<br>APN: 162-04-816-001<br>Property operates as the Lucky Dragon Hotel<br>& Casino.<br>Lucky Dragon Hotel & Casino, LLC leases the<br>Property from the Debtor.**<br><br>**Describe the lien** | **$49,632,209.91** | **$143,000,000.0<br>0** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

**Construction Facility Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$49,925,914.26** |
|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Snow Covered Capital, LLC**<br>**P.O. Box 472218**<br>**San Francisco, CA 94147** | Line  **2.2** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon, LP**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10850-LED**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**AAF FLANDERS**<br>**24828 NETWORK PL**<br>**CHICAGO, IL 60673**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Business Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.93** |
| **3.2** Nonpriority creditor's name and mailing address<br>**AGILYSYS NV, LLC.**<br>**1858 Paysphere Circle**<br>**Chicago, IL 60674**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Business Debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43,931.45** |
| **3.3** Nonpriority creditor's name and mailing address<br>**AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Dai Baccarat table game_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Baccarat Sign_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     38067     Best Case Bankruptcy

| | |
|---|---|
| Debtor **Lucky Dragon, LP** | Case number (if known)  **18-10850-LED** |
| Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ainsworth Game Technology, Ltd**<br>**5800 Rafael Rivera Way**<br>**Las Vegas, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Busniess Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **ALLURE HOA**<br>**200 W SAHARA AVE**<br>**LAS VEGAS, NV 89102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|
| | **ALWAYS CREATIVE INC**<br>**10170 W TROPICANA # 156-201**<br>**LAS VEGAS, NV 89147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,327.06** |
|---|---|---|---|
| | **AMADEUS HOSPITALITY AMERICAS**<br>**14000 SW 119TH AVE**<br>**MIAMI, FL 33186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.96** |
|---|---|---|---|
| | **AMAZON**<br>**PO Box 81226**<br>**Seattle, WA 98108-1226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,210.02** |
|---|---|---|---|
| | **AMERASIAN CUISINE, LLC**<br>**145 Valle Vista, Ste. K**<br>**Vallejo, CA 94590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Food & Beverage** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,876.57** |
|---|---|---|---|
| | **AMERICAN HOTEL REGISTER CO.**<br>**PO BOX 206720**<br>**DALLAS HILLS, TX 75320-6720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,482.50** |

**AMERICAN PRINTING**
**1512 Fremont Street**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$635.00** |

**AMERICAN TOXICOLOGY INC**
**3340 SUNRISE AVE STE 105**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,676.79** |

**APEX LINEN SERVICE INC**
**6375 S ARVILLE #10**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,980.91** |

**ARISTOCRAT**
**DEPT 849540**
**LOS ANGELES, CA 90084-9540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Assured Document Destruction**
**8050 Arville Street, Suite 105**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Atlantic Escrow Corporation**
**2111 Huntington Drive**
**San Marino, CA 91108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Avendra**
**540 Gaither Road, Suite 200**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Hotel Procurement & Hospitality Supplies Contract

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,364.84** |
|---|---|---|---|

**BALLY GAMING INC**
**LOCKBOX 749335**
**LOS ANGELES, CA 90074-9335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,271.49** |
|---|---|---|---|

**BENEFIT ADMIN SRV INT CORP**
**2980 N CAMPBELL AVE STE 140**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BMK Professional Services LLC**
**621 Overview Dr**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,201,000.00** |
|---|---|---|---|

**BOFU, LLC**
**9711 Orient Express Ct**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,761.11** |
|---|---|---|---|

**BOOKING.COM**
**PO BOX 414462**
**BOSTON, MA 02241-4462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BrightView Lanscape Services, Inc**
**4021 W Carey Avenue**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landscape Services Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$684.00** |
|---|---|---|---|

**BROADCAST MUSIC INC**
**PO BOX 630893**
**CINCINNATI, OH 45263-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,081.41 |
|---|---|---|---|

**BROWNSTEIN HYATT FARBER SCHREC**
**100 North City Parkway**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.20 |
|---|---|---|---|

**CARL'S DONUTS INC**
**6350 SUNSET CORPORATE DRIVE**
**LAS VEGAS, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Food & Beverage__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.04 |
|---|---|---|---|

**CASSANDRA CHEUNG**
**PO BOX 80724**
**LAS VEGAS, NV 89180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,210.00 |
|---|---|---|---|

**CENTRAL CREDIT**
**PO BOX 60028**
**CITY OF INDUSTRY, CA 91716-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752,454.91 |
|---|---|---|---|

**CENTURYLINK**
**P.O. Box 4300**
**Carol Stream, IL 90197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number  __Multiple Accounts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,529.73 |
|---|---|---|---|

**CHRYSLER CAPITAL**
**8585 N STEMMONS FWY**
**DALLASA, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,288.65 |
|---|---|---|---|

**CHUNG CHOU CITY LV INC**
**4049 SPRING MOUNTAIN ROAD**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|

| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.50** |
|---|---|---|---|

**CLARK COUNTY DEPT OF AVIATION FINANCE DIVISION**
**LAS VEGAS, NV 89111-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | **$143,972.72** |
|---|---|---|---|

**CLARK COUNTY TREASURER**
**500 S GRAND CENTRAL PKWY 32**
**LAS VEGAS, NV 89155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | | **$1,339.80** |
|---|---|---|---|

**CLEAN THE WORLD**
**PO BOX 533838**
**ORLANDO, FL 32853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | **$28,717.52** |
|---|---|---|---|

**CLEAR CHANNEL OUTDOOR INC**
**PO BOX 742025**
**LOS ANGELES, CA 90074-2025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | | **$9,485.50** |
|---|---|---|---|

**CLIMATEC LLC**
**770 PILOT ROAD**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**CNA Surety**
**333 South Wabash**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Comb Brothers**
**5821 West Verde Way**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Recycling, Asset Recovery and Oil Filtering Service Agreement**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,345.00** |
|---|---|---|---|

**CONCENTRA**
**PO BOX 9010**
**BROOMFIELD, CO 80021-9010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$732.85** |
|---|---|---|---|

**CREATIVE CANDLE LIGHTING OF LV**
**3555 S. HIGHLAND DR SUITE 10**
**LAS VEGAS, NV 89103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Creative Manager, Inc.**
**721 Auth Avenue**
**Oakhurst, NJ 07755**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Workamajig Information, Documents, Images and Software**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$123.03** |
|---|---|---|---|

**CREATIVE PRINTING INC**
**6415 KARMS PARK COURT**
**LAS VEGAS, NV 89118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,572.81** |
|---|---|---|---|

**CUMMINS ALLISON CORP**
**PO BOX 339**
**MT PROSPECT, IL 60056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,335.26** |
|---|---|---|---|

**CUSTOM STORAGE INC**
**PO BOX 843838**
**DALLAS, TX 75284-3838**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,425.25** |
|---|---|---|---|

**CYXTERA**
**13322 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.72** |
|---|---|---|---|

**DAVID FILTER**
**4171 S MARYLAND PKWY**
**LAS VEGAS, NV 89119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consultant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**DC HOST SERVICES LLC**
**4443 COLLINGWOOD STREET**
**LAS VEGAS, NV 89147**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,500.98** |
|---|---|---|---|

**DEQ Systems Corp**
**735 Bermuda Road, Suite G**
**Las Vegas, NV 89119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EZ Baccarat Tables, EZ Trak System, EZ Pai Gow Tables

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Desert Fire Protection, L.P.**
**5040 Sobb Avenue**
**Las Vegas, NV 89118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fire Protection Equipment Inspection

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diamond Mountain Distributors**
**7440 Commercial Way**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Agreement for used Playing Cards

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.96** |
|---|---|---|---|

**DS SERVICES OF AMERICA INC**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$640.00** |
|---|---|---|---|

**DUVOICE**
**608 STATE ST S #100**
**KIRKLAND, WA 98033**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,754.30 |
|---|---|---|---|

**EARTH COLOR HOUSTON INC**
**7021 PORTWEST SUITE 190**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,559,000.00 |
|---|---|---|---|

**Eastern Investments, LLC**
**200 W Sahara Ave #4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**EATON CORPORATION**
**PO BOX 93531**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.40 |
|---|---|---|---|

**ECOLAB FOOD SAFETY**
**SPECIALTIES INC**
**FORT WORTH, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ecolab Inc.**
**c/o The Corporation Trust Company of NV**
**Registered Agent**
**701 S. Carson Street, Suite 200**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dishmachine Lease and water softner lease**
**agreements**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,560.18 |
|---|---|---|---|

**ECOLAB PEST ELIMINATION**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.63 |
|---|---|---|---|

**ELAN OFFICE SYSTEMS**
**4675 W TECO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | | Case number (if known) | **18-10850-LED** |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,410.00 |
|---|---|---|---|
| | **EMPLOYERS UNITY LLC**<br>**PO BO 173836**<br>**DENVER, CO 80217-3836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,988.99 |
|---|---|---|---|
| | **ENTERTAINMENT BENEFITS GROUP**<br>**19495 BISCAYNE BLVD SUITE 300**<br>**AVENTURA, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|
| | **ERNST & YOUNG**<br>**PO BOX 846793**<br>**LOS ANGELES, CA 90084-6793** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Consultant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,625.71 |
|---|---|---|---|
| | **EVER BLUE OCEAN LLC**<br>**5600 SPRING MOUNTAIN RD #F**<br>**LAS VEGAS, NV 89146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Everi**<br>**7250 S Tenaya Way, Ste 100**<br>**Las Vegas, NV 89113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Gaming Software Licensing Agreement__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $189,115.63 |
|---|---|---|---|
| | **EVERI PAYMENTS INC**<br>**PO BOX 206036**<br>**DALLAS, TX 75320-6036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $561.25 |
|---|---|---|---|
| | **EXPERIAN**<br>**PO BOX 881971**<br>**LOS ANGELES, CA 90088-1971** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.73** |
|---|---|---|---|

**FED EX**
**PO BOX 7221**
**PASADENA, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Courier

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,202.32** |
|---|---|---|---|

**FIRST CLASS VENDING INC**
**6875 SUVA STREET**
**BELL GARDENS, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,383.50** |
|---|---|---|---|

**FISHER PHILLIPS**
**300 S FOURTH STREET SUITE 1500**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Food Pantry, Ltd. dba Accents**
**3536 Harding Avenue**
**Honolulu, HI 96816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Hotel Gift & Sundries Shop Lease

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,344.70** |
|---|---|---|---|

**FREDI & SONS INC**
**1 VITALE LANE**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,976.11** |
|---|---|---|---|

**FREEDOM MEATS**
**2955 WESTWOOD DRIVE**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Food & Beverage

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,099.70** |
|---|---|---|---|

**G2 GRAPHIC SERVICE**
**5510 CLEON AVENUE**
**NORTH HOLLYWOOD, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | | Case number (if known) | **18-10850-LED** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,938.69 |
|---|---|---|---|

**GAMING PARTNERS INTERNATIONAL**
**3945 WEST CHEYENNE AVE**
**NORTH LAS VEGAS, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garda CL West, Inc.**
**1685 Palm Street**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Armored Car Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,553.69 |
|---|---|---|---|

**GET FRESH SALES INC**
**6745 S ESCONDIDO ST**
**LAS VEGAS, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.92 |
|---|---|---|---|

**GILLS PRINTING & COLOR GRAPHIC**
**PO BOX 97598**
**LAS VEGAS, NV 89193-7598**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GoConcierge**
**c/o Alice**
**18757 Burbank Blvd, Ste 212**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hospitality Operations Agreement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.46 |
|---|---|---|---|

**GREAT BUNS BAKERY**
**3270 E. TROPICANA**
**LAS VEGAS, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.62 |
|---|---|---|---|

**HD SUPPLY FACILITIES MAINT.LTC**
**4825 E CHEYENNE AVENUE**
**LAS VEGAS, NV 89115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,724.00** |
|---|---|---|---|

**HELEN QUAN**
**8141 BAY HARBOR DR**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$841.00** |
|---|---|---|---|

**HTA PLUMBING & MECHANICAL**
**2049 PABCO ROAD**
**HENDERSON, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IGT**
**9295 Prototype Drive**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,975.00** |
|---|---|---|---|

**INNSIGHT REPORTS, LLC**
**11828 LA GRANGE AVE**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,857.22** |
|---|---|---|---|

**INTERBLOCK USA LC**
**PO BOX 844902**
**LOS ANGELES, CA 90084-4902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.75** |
|---|---|---|---|

**INTERFLEX PAYMENT LLC**
**2508 HIGHLANDER WAY SUITE 200**
**CARROLLTON, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,913.97** |
|---|---|---|---|

**INTERIOR FASHIONS LLC**
**3250 SIRIUS AVE SUITE FRONT**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $544,444.36 |
|---|---|---|---|

**INTERNATIONAL GAMING TECHNOLOG**
9295 PROTOTYPE DRIVE
RENO, NV 89521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,243.65 |
|---|---|---|---|

**INTERSTATE HOTEL INSTALLATION**
1550 HELM DR SUITE 140
LAS VEGAS, NV 89119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.00 |
|---|---|---|---|

**JACKSON LEWIS P.C.**
P.O.BOX 416019
BOSTON, MA 02241-6019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,094.00 |
|---|---|---|---|

**JAK ENTERPRISES INC**
4248 W RENO AVE
LAS VEGAS, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYRALD SUMALINOG ADOL**
6649 Topley Pike Avenue
Las Vegas, NV 89139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.55 |
|---|---|---|---|

**JCM GLOBAL**
925 PILOT ROAD
LAS VEGAS, NV 89119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**JFC INTERNATIONAL**
7101 E SLAUSON AVE
LOS ANGELES, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | | Case number (if known) | **18-10850-LED** |
|---|---|---|---|---|
| | Name | | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,796.84 |
|---|---|---|---|

**JOHNSON BUSINESS MACHINES INC**
**3150 S PROCYON STREET**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**KA HONG AU YEUNG**
**5F NO2 ALY 3 LN 59 SEC 1**
**TAIPEI CITY 116 TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,159.89 |
|---|---|---|---|

**KAESER & BLAIR INC**
**4236 GRISSOM DR**
**BATAVIA, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,119.20 |
|---|---|---|---|

**KINGFISHER TRADING CO INC**
**9320 MABEL AVE**
**SOUTH EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,836.74 |
|---|---|---|---|

**KWONG YET LUNG CO**
**5000 S. DECATUR BLVD**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,401.60 |
|---|---|---|---|

**LA SPECIALTY**
**PO BOX 2293**
**SANTA FE SPRINGS, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Las Vegas Chinese News Network**
**3552 Wynn Road**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$807,054.00** |
|---|---|---|---|

**Las Vegas Economic Impact Regional Ctr**
**200 W Sahara Ave #4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,575.28** |
|---|---|---|---|

**LAS VEGAS MUTUAL TRADING**
**2955 LINCOLN RD**
**LAS VEGAS, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Las Vegas Valley Water District**
**1001 S. Valley View Blvd.**
**Las Vegas, NV 89153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **5354**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$323.92** |
|---|---|---|---|

**LAWSON PRODUCTS**
**PO BOX 809401**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,364.92** |
|---|---|---|---|

**LAWYER MECHANICAL SERVICES INC**
**3036 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$534.46** |
|---|---|---|---|

**LESLIE'S POOLMART INC**
**6470 BOULDER HWY STE B**
**LAS VEGAS, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,081.00** |
|---|---|---|---|

**MAGIC GOURMET TRADING INC**
**375 ADRIAN ROAD**
**MILLBRAE, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Lucky Dragon, LP**                                                Case number (if known)   **18-10850-LED**
<u>Name</u>

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,783.75 |
|---|---|---|---|

**MAJESTIC MIRROR & FRAME**
**745 NW 79 STREET**
**MIAMI, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Maintenance</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Midwest Pro Painting, Inc**
**5008 Cecile Ave**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  <u>2017</u>

Basis for the claim:  <u>Lawsuit</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.34 |
|---|---|---|---|

**MING WEI YANG**
**5225 4000 NO 3 ROAD**
**RICHMOND BC V6X0J8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Consultant</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MobileQubes, LLC**
**1441 Canal St, Ste 218**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Kiosk Agreement</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,744.35 |
|---|---|---|---|

**NATIONAL CRED-A-CHK INC**
**2240 SUNSET BLVD**
**SAN DIEGO, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business Debt</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.77 |
|---|---|---|---|

**NEDCO SUPPLY**
**4200 WEST SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business Debt</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nevada Gaming Control Board**
**555 East Washington Avenue, Suite 2600**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>NOTICE ONLY</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NV Energy**
P.O. Box 30086
Reno, NV 89520-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3868**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.48** |
|---|---|---|---|

**ODS CHAUFFEURED TRANSPORTATION**
4675 WYNN ROAD
LAS VEGAS, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.15** |
|---|---|---|---|

**OFFICE DEPOT**
PO BOX 70025
LOS ANGELES, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$354.00** |
|---|---|---|---|

**OPEN TABLE**
PO BOX 8395
PASADENA, CA 91109-8395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.00** |
|---|---|---|---|

**ORION CHANDELIER INC**
2202 SOUTH WRIGHT STREET
SANTA ANA, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,930.15** |
|---|---|---|---|

**P&R PAPER SUPPLY COMPANY INC**
1898 EAST COLTON AVE
REDLANDS, CA 92373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pacific Showcase**
4555 Procyon Street
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paycom Payroll, LLC**
**7501 W. Memorial Road**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Payroll Service__

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PCA**
**108 West 2nd Street, Suite 108**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Marketing Agreement__

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**PCNA CONSULTING GROUP INC**
**7935 BADURA AVE SUITE 1045**
**LAS VEGAS, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PDS Gaming Corporation**
**6280 Annie Oakley Drive**
**Las Vegas, NV 89120-3910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Equipment Leases__

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.03 |
|---|---|---|---|

**PITNEY BOWES GLOBAL FIN SRVC**
**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.50 |
|---|---|---|---|

**PREDICTIVE LEADERSHIP SOLUTION**
**PO BOX 93983**
**LAS VEGAS, NV 89195-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quality One Pool Management**
**3217 W. Tomkins Avenue**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Lucky Dragon, LP**
_____
Name

Case number (if known)  **18-10850-LED**
_____

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rainmaker Group Las Vegas, LLC**
**3763 Howard Hughes Pkwy**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cloud Based Revenue Management Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.00 |
|---|---|---|---|

**RED BULL**
**PO BOX 204750**
**DALLAS, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,091.81 |
|---|---|---|---|

**RENU OIL OF AMERICA INC**
**PO BOX 93453**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Republic Services**
**PO Box 98508**
**Las Vegas, NV 89193-8508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

Basis for the claim:  **Utilties**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,271.03 |
|---|---|---|---|

**REYES COCA-COLA BOTTLING LLC**
**PO BOX 740214**
**LOS ANGELES, CA 90074-0214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rosen Materials of Nevada LLC**
**1818 Losee Road**
**North Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,342.73 |
|---|---|---|---|

**RSVP PARTY RENTALS**
**445 S. VALLEY VIEW SUITE 7**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lucky Dragon, LP** | Case number *(if known)* | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**SAFLOK**
**PO BOX 890247**
**CHARLOTTE, NC 28289-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,304,344.00 |
|---|---|---|---|

**Sahara Investments, LLC**
**200 W Sahara Ave #4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,411.40 |
|---|---|---|---|

**SAHARA WEST EXECUTIVE PARK LLC**
**3100 W SAHARA AVE**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Leases for Suite 204, 207 - 3100 W. Sahara**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,560.14 |
|---|---|---|---|

**SANTA MONICA SEAFOOD**
**18531 S BROADWICK ST**
**RANCHO DOMINGUEZ, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.88 |
|---|---|---|---|

**SCREAMING IMAGES LLC**
**6975 S DECATUR BLVD #130**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.36 |
|---|---|---|---|

**SECTRAN SECURITY INC**
**PO BOX 227267**
**LOS ANGELES, CA 90022-0967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $617.53 |
|---|---|---|---|

**SESAC**
**PO BOX 900013**
**RALEIGH, NC 27675-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |

**SIMMONS GROUP NEVADA, LLC**
**6841 S EASTERN AVE, STE 103**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.91** |

**SNYDERS BEVERAGE**
**PO BOX 98294**
**LAS VEGAS, NV 89193-8294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Food & Beverage**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,712.33** |

**SOHO MYRIAD INC**
**1250 MENLO DRIVE NW SUITE C**
**ATLANTA, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,404.38** |

**SOTHYS USA INC**
**1500 NW 94TH AVENUE**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,326.00** |

**SOUTH CENTRAL COMM. CORP**
**PO BOX 633497**
**CINCINNATI, OH 45263-3497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |

**SOUTHERN NEVADA ENVIRONMENTAL**
**SERVICES INC**
**4616 W SAHARA #120**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.00** |

**SOUTHERN NEVADA HEALTH DIST**
**PO BOX 845688**
**LOS ANGELES, CA 90084-5688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Lucky Dragon, LP**
_____
Name

Case number (if known)    **18-10850-LED**

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,948.45 |
|---|---|---|---|

**SOUTHWEST GAS**
**PO BOX 98890**
**LAS VEGAS, NV 89193-8890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5133**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STATE RESTAURANT EQUIPMENT CO**
**3163 S HIGHLAND**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.84 |
|---|---|---|---|

**STEP SAVER INC**
**1901 WEST 2425 SOUTH**
**WOODS CROSS, UT 84087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,947.14 |
|---|---|---|---|

**SUNFOOD MARKET LLC**
**8715 LINDELL ROAD SUITE 150**
**LAS VEGAS, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**SUNSHINE PUBLISHING INC**
**4215 SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,703.06 |
|---|---|---|---|

**SURVEILLANCE SYSTEMS**
**4465 GRANITE DR # 700**
**ROCKLIN, CA 95677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Security**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,307.55 |
|---|---|---|---|

**SYSCO-NEWPORT MEAT OF NV**
**5420 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TANGERINE GLOBAL**
**2665 PARK CENTER DRIVE UNIT B**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|

**TAWA NEVADA INC**
**6281 REGIO AVE**
**BUENA PARK, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,254.59** |
|---|---|---|---|

**TCS JOHN HUXLEY AMERICA INC**
**6171 MCLEOD DR STE M**
**LAS VEGAS, NV 89120-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.12** |
|---|---|---|---|

**TECH ART INC**
**4185 W TECO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,172.00** |
|---|---|---|---|

**TEKVISIONS INC**
**40970 ANZA ROAD**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,460.00** |
|---|---|---|---|

**THE BUREAU OF NATIONAL AFFAIRS**
**PO BOX 17009**
**BALTIMORE, MD 21297-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**THE RAINMAKER**
**4550 NORTH POINT PARKWAY #400**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

**3.166**

**Nonpriority creditor's name and mailing address**
**THE STANDARD**
**PO Box 5203**
**Portland, OR 97208-9981**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$374.74

---

**3.167**

**Nonpriority creditor's name and mailing address**
**THE WASSERSTROM COMPANY**
**477 S. FONT ST**
**COLUMBUS, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,891.16

---

**3.168**

**Nonpriority creditor's name and mailing address**
**ULINE INC**
**PO BOX 88741**
**CHICAGO, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$295.11

---

**3.169**

**Nonpriority creditor's name and mailing address**
**US FOODS INC**
**PO BOX 101076**
**PASADENA, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

$38,779.08

---

**3.170**

**Nonpriority creditor's name and mailing address**
**VERIZON**
**PO BOX 660108**
**DALLAS, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$937.43

---

**3.171**

**Nonpriority creditor's name and mailing address**
**VSR INDUSTRIES INV**
**6190 MOUNTAIN VISTA STREET**
**HENDERSON, NV 89014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$86.60

---

**3.172**

**Nonpriority creditor's name and mailing address**
**WAXIE SANITARY SUPPLY**
**PO BOX 60227**
**LOS ANGELES, CA 90060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,411.26

---

| Debtor | **Lucky Dragon, LP** | Case number (if known) | **18-10850-LED** |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address
**WESSCO INTERNATIONAL**
**11400 OLYMPIC BLVD SUITE 450**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$489.20**

---

**3.174** | Nonpriority creditor's name and mailing address
**WESTERN STATES FIRE PROTECTION**
**3130 WESTWOOD DRIVE**
**LAS VEGAS, NV 89109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$147.00**

---

**3.175** | Nonpriority creditor's name and mailing address
**WESTERN SURETY COMPANY**
**P.O. BOX 957312**
**ST. LOUIS, MO 63195**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$388.65**

---

**3.176** | Nonpriority creditor's name and mailing address
**WHITLEY INTERNATIONAL CO**
**1111 CORPORATE CENTER DR #301**
**MONTEREY PARK, CA 91754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.177** | Nonpriority creditor's name and mailing address
**WORLD JOURNAL LA LLC**
**1588 CORPORATE CENTER DRIVE**
**MONTEREY PARK, CA 91754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,036.00**

---

**3.178** | Nonpriority creditor's name and mailing address
**WORLD VARIETY PRODUCE**
**PO BOX 514599**
**LOS ANGELES, CA 90051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,264.10**

---

**3.179** | Nonpriority creditor's name and mailing address
**WW GRAINGER INC**
**2401 WESTERN AVE**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,129.13**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon, LP** | | Case number (if known) | **18-10850-LED** |
|---|---|---|---|---|
| | Name | | | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$697.50** |
|---|---|---|---|
| | **YOUNG ELECTRIC SIGN COMPANY**<br>**5119 S CAMERON ST**<br>**LAS VEGAS, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DEQ SYSTEMS CORP**<br>**1840 1ST STREET STE 103A**<br>**LEVIS, QUEBEC G6W5M6** | Line  **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Karsaz & Associates**<br>**c/o Chris A. Karsaz, Esq.**<br>**6276 S Rainbow Blvd, Ste 120**<br>**Las Vegas, NV 89118** | Line  **3.140**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **McDonald Carano LLP**<br>**c/o George F Ogilvie, III, Esq.**<br>**2300 W Sahara Ave, Ste 1200**<br>**Las Vegas, NV 89102** | Line  **3.148**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 43,806,089.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 43,806,089.08 |

**Fill in this information to identify the case:**

Debtor name **Lucky Dragon, LP**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **18-10850-LED**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **POS System Lease** | |
|    State the term remaining    **60 Month Subscription** | **Agilysys** |
|    List the contract number of any government contract | **1000 Windward Concourse, Ste 250** **Alpharetta, GA 30005** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Linen, Garment, Uniforms & Textiles Contract** | |
|    State the term remaining    **60 Months** | **APEX LINEN SERVICE INC** |
|    List the contract number of any government contract | **6375 S ARVILLE #10** **LAS VEGAS, NV 89118** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Containers & Doc Shredding Service Contract** | |
|    State the term remaining | **Assured Document Destruction** |
|    List the contract number of any government contract | **8050 Arville Street, Suite 105** **Las Vegas, NV 89139** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Hotel Procurement & Hospitality Supplies Contract** | |
|    State the term remaining    **24 Months** | **Avendra** |
|    List the contract number of any government contract | **540 Gaither Road, Suite 200** **Rockville, MD 20850** |

| Debtor 1 | **Lucky Dragon, LP** | | | Case number (*if known*) | **18-10850-LED** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Communication Services Contracts with Lucky Dragon LP** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Centurylink**<br>**5454 W. 110th Street**<br>**Overland Park, KS 66210** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Jeep Grand Cherokee Laredo Vehicle Lease** | |
|---|---|---|---|
| | State the term remaining | **3 Years, 1 Month** | |
| | List the contract number of any government contract | | **Chrysler Capital/Santander Bank NA**<br>**PO Box 961272**<br>**Fort Worth, TX 76161** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Liquor license** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **El Dos De Oros Bar & Nightclub**<br>**3702 Fisher Avenue**<br>**North Las Vegas, NV 89031** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Auditing Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 months** | |
| | List the contract number of any government contract | | **ERNST & YOUNG LLP**<br>**3800 HOWARD HUGHES PKWY, STE 1450**<br>**Las Vegas, NV 89169** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Traveler Preference Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Expedia, Inc**<br>**333 108th Ave NE**<br>**Bellevue, WA 98004** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Hospitality Operations Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GoConcierge**<br>**c/o Alice**<br>**18757 Burbank Blvd, Ste 212**<br>**Tarzana, CA 91356** |
| | List the contract number of any | | |

| Debtor 1 | **Lucky Dragon, LP** | | Case number *(if known)* | **18-10850-LED** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Business Software Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Infinium Software, Inc** |
| | List the contract number of any government contract | | **25 Communications Way** **Hyannis, MA 02601** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement of Hotel and Casino** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Dragon Hotel & Casino LLC** |
| | List the contract number of any government contract | | **300 W. Sahara Avenue** **Las Vegas, NV 89102** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Dragon Hotel & Casino LLC** |
| | List the contract number of any government contract | | **300 W. Sahara Avenue** **Las Vegas, NV 89102** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hotel and Casino** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Dragon Hotel & Casino, LLC** |
| | List the contract number of any government contract | | **300 W Sahara Ave** **Las Vegas, NV 89102** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Kiosk Agreement** | |
|---|---|---|---|
| | State the term remaining | **12 Months** | **MobileQubes, LLC** |
| | List the contract number of any government contract | | **1441 Canal St, Ste 218** **New Orleans, LA 70112** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll & HR Software Agreement** | **Paycom Payroll, LLC** **7501 W. Memorial Road** **Oklahoma City, OK 73142** |
|---|---|---|---|

| Debtor 1 | **Lucky Dragon, LP** | | | Case number *(if known)* | **18-10850-LED** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Month to month** | |
| List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing and Public Relations** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **PCA**<br>**108 West 2nd Street, Suite 108**<br>**Los Angeles, CA 90012** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Central Plant Equipment** | |
|---|---|---|---|
| | State the term remaining | | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Casino Equipment** | |
|---|---|---|---|
| | State the term remaining | | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Devices** | |
|---|---|---|---|
| | State the term remaining | | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Suite 204 - 3100 W. Sahara** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Sahara West Executive Park**<br>**3100 W. Sahara, Suite 112**<br>**Las Vegas, NV 89102** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Lucky Dragon, LP** | | | Case number *(if known)* | **18-10850-LED** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Suite 207 - 3100 W Sahara** | |
|---|---|---|---|
| | State the term remaining | **10 months** | |
| | List the contract number of any government contract | | **Sahara West Executive Park 3100 W. Sahara, Suite No. 112 Las Vegas, NV 89102** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **SPA Facilities Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SOTHYS USA INC 1500 NW 94TH AVENUE MIAMI, FL 33172** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **TV Service Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TANGERINE GLOBAL 2665 PARK CENTER DRIVE UNIT B Simi Valley, CA 93065** |

**Fill in this information to identify the case:**

Debtor name  **Lucky Dragon, LP**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **18-10850-LED**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Lucky Dragon Hotel & Casino LLC | 300 W. Sahara Avenue Las Vegas, NV 89102 | Ainsworth Game Technology, Ltd | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.2 | Lucky Dragon Hotel & Casino LLC | 300 W. Sahara Avenue Las Vegas, NV 89102 | AGILYSYS NV, LLC. | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.3 | Lucky Dragon Hotel & Casino LLC | 300 W. Sahara Avenue Las Vegas, NV 89102 | APEX LINEN SERVICE INC | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.4 | Lucky Dragon Hotel & Casino LLC | 300 W. Sahara Avenue Las Vegas, NV 89102 | Assured Document Destruction | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.5 | Lucky Dragon Hotel & Casino LLC | 300 W. Sahara Avenue Las Vegas, NV 89102 | PDS Gaming Corporation | ☐ D _____ ■ E/F __3.127__ ☐ G _____ |

Debtor    **Lucky Dragon, LP**                                    Case number *(if known)*    **18-10850-LED**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.6 | **Matthew Harkness** | **Chrysler Capital/Santander Bank NA** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon, LP**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10850-LED**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$18,213,975.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$1,458,622.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Lucky Dragon, LP**                                                      Case number *(if known)*    **18-10850-LED**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Richard Slack**<br>**vs.**<br>**Lucky Dragon Hotel & Casino, LLC; Lucky Dragon, LP**<br>**A-18-769147-C** | **Employment Tort** | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Rosen Materials of Nevada LLC**<br>**vs. Lucky Dragon LP**<br>**A-17-756993-C** | **Civil** | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Midwest Pro Painting Inc**<br>**vs.**<br>**Lucky Dragon LP; North American Specialty Insurance Company**<br>**A-17-752831-C** | **Civil** | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Lucky Dragon, LP**                                Case number *(if known)*  **18-10850-LED**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **BMK Professional Services LLC**<br>**vs.**<br>**Lucky Dragon Hotel & Casino LLC; Lucky Dragon, LP**<br>**A-17-752473-C** | Civil | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Schwartz Flansburg PLLC**<br>**6623 Las Vegas Blvd. South, Suite 300**<br>**Las Vegas, NV 89119** | **Attorney Fees** | | **$15,000.00** |
| Email or website address<br>**sam@nvfirm.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Lucky Dragon, LP**                                    Case number *(if known)* **18-10850-LED**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Lucky Dragon, LP**                                      Case number *(if known)*  **18-10850-LED**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Foundation Bank 18101 Von Karman Ave, 7th Floor Irvine, CA 92612** | XXXX-1808 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed 01/16/2018** | $85.22 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Debtor  **Lucky Dragon, LP**                                  Case number *(if known)*  **18-10850-LED**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Anderson Advisors** **Ronnie Withaeger, CPA** **1980 Festival Plaza Dr, Ste 550** **Las Vegas, NV 89135** | **2016 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **ERNST & YOUNG LLP** **3800 HOWARD HUGHES PKWY, STE 1450** **Las Vegas, NV 89169** | **11/16 to 12/17** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Piercy Bowler Taylor & Kerns** **3100 Elton Avenue, Suite 1000** **Las Vegas, NV 89107** | **11/16 to 12/17** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lucky Dragon, LP** | Case number *(if known)* | **18-10850-LED** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Las Vegas Economic Impact Regional Ctr | 200 W. Sahara Avenue, Suite 4001 Las Vegas, NV 89102 | Sole General Partner of the Debtor | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Lucky Dragon, LP**

Case number *(if known)*    **18-10850-LED**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2018**

**/s/ Andrew S. Fonfa**

Signature of individual signing on behalf of the debtor

**Andrew S. Fonfa**

Printed name

Position or relationship to debtor    **Managing Member of Eastern Investments, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re **Lucky Dragon, LP**

Case No. **18-10850-LED**

Debtor(s)

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March  7, 2018** | **/s/ Samuel A. Schwartz. Esq.** |
| *Date* | **Samuel A. Schwartz. Esq. 10985** |
| | *Signature of Attorney* |
| | **Schwartz Flansburg PLLC** |
| | **6623 Las Vegas Blvd. South, Suite 300** |
| | **Las Vegas, NV 89119** |
| | **(702) 385-5544  Fax: (702) 385-2741** |
| | **sam@nvfirm.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Nevada

In re __Lucky Dragon, LP__                                          Case No. __18-10850-LED__
                                                Debtor(s)           Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anwar Barbouti**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Barati,Amir**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **BOFU, LLC**<br>**9711 Orient Express Ct**<br>**Las Vegas, NV 89145** | | | |
| **CHEN,Anqi**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **CHEN,Huiyi**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **CHEN,Jin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **CHEN,Jingxuan**<br>**Unit 1A, Tower F, Building No.1**<br>**Bihaiyuntian, Qiaocheng East Road**<br>**Futian District, Shenzhen**<br>**Guangdong Prov, CN 51805-3000** | **EB5 Investor** | | |
| **CHEN,Junpeng**<br>**Room 401, No.106**<br>**Huijing North Road, Tianhe District**<br>**Guangzhou**<br>**Guangdong Prov, CN 51000** | **EB5 Investor** | | |
| **CHEN,Kang**<br>**LIXIN**<br>**Shiji City Chenyueyuan Unit 2-3N**<br>**Landianchang West Rd**<br>**Beijing, CN 10009-7000** | **EB5 Investor** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

In re:  **Lucky Dragon, LP**                                                                 Case No.  **18-10850-LED**
_____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CHEN,Lin**<br>**Room 6605, CITIC Plaza, No.233**<br>**Tianhe North Road, Tianhe District**<br>**Guangzhou**<br>**Guandong Prov, CN 51000** | **EB5 Investor** | | |
| **CHEN,Minna**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **CHEN,Na**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **CHEN,Xianna**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **CHEN,Xin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **CHEN,Yirui**<br>**10378 Wateridge Cir**<br>**Unit 341**<br>**San Diego, CA 92121** | **EB5 Investor** | | |
| **CUI,Victor Yu**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **Dave Jacoby**<br>**300 West Sahara Avenue**<br>**Las Vegas, NV 89102** | | | |
| **Do Huy Duong**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Eastern Investments, LLC**<br>**200 W Sahara Ave #4001**<br>**Las Vegas, NV 89102** | | | |

In re:  **Lucky Dragon, LP**                                                     Case No.  **18-10850-LED**
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Elkharashi,Ahmed**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **FU,Huaiyang**<br>**WTW - Taipei Commercial Law Firm**<br>**1917 Bowling Green Pl**<br>**Norman, OK 73071** | **EB5 Investor** | | |
| **FU,Zhirong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **GE,Shuheng**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Ghanadi, Kianoush**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **GUI,Zhaozhi**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **GUO,Wei**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **HAN,Xiaoping**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **HE,Caixian**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **HE,Hanxiao**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:   **Lucky Dragon, LP**                                          Case No.  **18-10850-LED**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HE,Yetian**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **HONG, Yang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **HOU,Jian**<br>**PENG & Weber, PLLC**<br>**3035 Island Crest Way Ste 200**<br>**Mercer Island, WA 98040** | **EB5 Investor** | | |
| **HUANG,Xiaoying**<br>**WTW - Taipei Commercial Law Firm**<br>**1917 Bowling Green Pl**<br>**Norman, OK 73071** | **EB5 Investor** | | |
| **HUANG,Ying**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **HUANG,Zemin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **JI,Xusheng**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **JIANG,Honghong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **JIANG,Xin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **JIN, Jiandong**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:    **Lucky Dragon, LP**                                           Case No.  **18-10850-LED**
_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Khosla, Aditi**<br>**Judy K Wong**<br>**1635 9 Street NW**<br>**T2M 3L5**<br>**Calgary, AB** | **EB5 Investor** | | |
| **Khosla, Aman**<br>**Judy K Wong**<br>**1635 9 Street NW**<br>**T2M 3L5**<br>**Calgary, AB** | **EB5 Investor** | | |
| **KO, ISEI**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **LAN,Hongren**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LEI.Chao**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LENG,Bo**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LI, Liqun**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LI, Xiurong**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LI, Yan**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:   **Lucky Dragon, LP**                                          Case No.  **18-10850-LED**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LI,Jianyu**<br>**TBC**<br>**2, Agapinoros Street & Makariou III, IRI**<br>**Office 401, P.O. Box 28788, CY-2082**<br>**Nicosia, CY** | **EB5 Investor** | | |
| **LI,Peiyi**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LI,Qing**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LI,Qiuqiong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LI,Rong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LI,Shanzhen**<br>**LIXIN**<br>**316 Ellington Ave. East**<br>**Garden City, NY 11530** | **EB5 Investor** | | |
| **LI,Shuying**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LI,Wanling**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LI,Xiaofan**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re:  **Lucky Dragon, LP**            Case No.  **18-10850-LED**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LI,Yifang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LI,Yuyin**<br>**Larry C Liou and Associates**<br>**150 N Santa Anita Ave, Ste 890**<br>**Arcadia, CA 91006** | **EB5 Investor** | | |
| **LI,Zehua**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LI,Zizhang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIANG,Xiaoyuan**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIANG,Yanyan**<br>**WTW - Taipei Commercial Law Firm**<br>**1917 Bowling Green Pl**<br>**Norman, OK 73071** | **EB5 Investor** | | |
| **LIANG,Yihui**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIANG,Zhigang**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **LIAO, Xu**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIAO,Qilong**<br>**PENG & Weber, PLLC**<br>**3035 Island Crest Way Ste 200**<br>**Mercer Island, WA 98040** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:    **Lucky Dragon, LP**                                            Case No.  **18-10850-LED**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LIAO,Wenjian**<br>**10A, Building 1,Bohaimingyuan**<br>**Gaoxin South Ave 11, Nanshan District**<br>**Shenzhen**<br>**Guangdong Prov, CN 51800** | **EB5 Investor** | | |
| **LIN,Liangcheng**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LIN,Lizhen**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIN,Shuhan**<br>**ROOM 1202,BUILDING 5**<br>**ZIYUHUAFU,NO.7 ANLI ROAD**<br>**CHAOYANG DISTRICT**<br>**BEIJING, CN 10002** | **EB5 Investor** | | |
| **LIU, Yiming**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIU,Dan**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LIU,Dengwei**<br>**Room 25A, Building 7, Phase 1**<br>**Yangguangdai Haibincheng**<br>**Nanshan District, Shenzhen**<br>**Guangdong Prov, CN 51800** | **EB5 Investor** | | |
| **LIU,Fang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIU,Ming**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:    **Lucky Dragon, LP**                                                                Case No.  **18-10850-LED**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LIU,Minyi**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LIU,Tingbin**<br>**Room 3-601, Building 913**<br>**Zhongguancun Village**<br>**Haidian District**<br>**Beijing, CN 10008-5000** | **EB5 Investor** | | |
| **LIU,Xiaodong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LIU,Xiaohui**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIU,Xudong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LIU,Yan**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIU,Yirang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIU,Yixi**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **LIU,Zhiqiang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:    **Lucky Dragon, LP**                                                    Case No.  **18-10850-LED**
_____
                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LU,Jian**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **LUO, Xinyi**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **LUO,Haowen**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **Miao, Xiujuan**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **MO,Shaomei**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **MOON, Yi Jung**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **NA,Ronglin**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **NGUYEN Huu An**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Nguyen Thi Thuy**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **NGUYEN, Thi Dieu Hien**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:  **Lucky Dragon, LP**                                    Case No.  **18-10850-LED**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PAN,Hongyi**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **PAN,Jianhua**<br>**Suite 201, Building #34**<br>**No.1318 Changyang Road**<br>**Yangpu District**<br>**Shanghai, CN 00020-0082** | **EB5 Investor** | | |
| **PAN,Qianjie**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **Patel, Manhar**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Pham, Giang Dong**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Phan, Anh Tuan**<br>**Larry C Liou and Associates**<br>**150 N Santa Anita Ave, Ste 890**<br>**Arcadia, CA 91006** | **EB5 Investor** | | |
| **QIAN, Tao**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **QIN,Zuyun**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **QU,Chen**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

In re:  **Lucky Dragon, LP**
_____    Case No.  **18-10850-LED**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RUI, Jing**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **SHEN,Ruifang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **SONG,Hanqing**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **SU, Jing**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **SUN, Zeyun**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **TRAN, Thuc Hien**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **Vu Hanh My**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **VU, Hong Nam**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **WANG,Chunhua**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **WANG,Dongshu**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:    **Lucky Dragon, LP**                                                Case No.  **18-10850-LED**
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WANG,Hongying**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WANG,Li**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **WANG,Lili**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WANG,Rong**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WANG,Rui**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **WANG,Wenzheng**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **WANG,Xiang**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WANG,Yunyi**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **WANG,Zhengming**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WANG,Zixuan**<br>**PENG & Weber, PLLC**<br>**3035 Island Crest Way Ste 200**<br>**Mercer Island, WA 98040** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:  **Lucky Dragon, LP**                                    Case No.  **18-10850-LED**

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WEI,Na**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WEN,Qun**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WONG, Tak Kam**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **WU,Fei**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **WU,Jinglan**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WU,Jingling**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WU,Jun**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **WU,Yunjian**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **XIANG,Fang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **XIANG,Hui**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re: **Lucky Dragon, LP**                                        Case No. **18-10850-LED**

                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **XIAO,Lingfeng**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **XIAO,Yao**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **XIE,Biyun**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **XING,Tian**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **XIONG,Xuyu**<br>**Judy K Wong**<br>**1635 9 Street NW**<br>**T2M 3L5**<br>**Calgary, AB** | **EB5 Investor** | | |
| **Xu, Xiaona**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **XU,Leian**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **XU,Weijie**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **XU,Yurong**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re:  **Lucky Dragon, LP**                                                    Case No.  **18-10850-LED**
_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YAN,Guangju**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **YAN,Shaozhen**<br>**Rm 1302, Bldg 15, Jinbi Shiji Garden**<br>**Zhongshan East Rd, Huangpu District, Gua**<br>**Guangdong Prov, CN 51070** | **EB5 Investor** | | |
| **YAN,Xiaoqing**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **YANG, Liu**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **YANG,Fuyun**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **YANG,Yanzhao**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **YANG,Zixun**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **YE,Jiaxin**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **YE,Jinyun**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **YE,Xiaolin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:  **Lucky Dragon, LP**                                                      Case No.  **18-10850-LED**
_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YU,Benjamin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **Zakaria Bousnane**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **ZENG, Shaofang**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHANG, Hao**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **ZHANG, Qin**<br>**Global Law Group**<br>**968 South Fair Oaks Ave, Ste 100**<br>**Pasadena, CA 91105** | **EB5 Investor** | | |
| **ZHANG,Hongying**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHANG,Junli**<br>**WTW - Taipei Commercial Law Firm**<br>**1917 Bowling Green Pl**<br>**Norman, OK 73071** | **EB5 Investor** | | |
| **ZHANG,Ruiyun**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHANG,Xin**<br>**PENG & Weber, PLLC**<br>**3035 Island Crest Way Ste 200**<br>**Mercer Island, WA 98040** | **EB5 Investor** | | |
| **ZHANG,Yingying**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re: **Lucky Dragon, LP**                                                      Case No. **18-10850-LED**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ZHANG,Yumei**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **ZHANG,Zhiyan**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **ZHAO,Guoli**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHAO,Jun**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHAO,Lichan**<br>**PENG & Weber, PLLC**<br>**3035 Island Crest Way Ste 200**<br>**Mercer Island, WA 98040** | **EB5 Investor** | | |
| **ZHAO,Qing**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHAO,Shida**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **ZHAO,Yuxian**<br>**F/34, Guangzhou Bank Building,No.30**<br>**Zhujiangdong East Road, Tianhe District**<br>**Guangzhou**<br>**Guangdong Prov, CN 51000** | **EB5 Investor** | | |
| **ZHONG,Chao**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

List of equity security holders consists of 20 total page(s)

In re:    **Lucky Dragon, LP**                                                    Case No.  **18-10850-LED**
_____                    _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ZHOU,Jiqing**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHOU,Kai**<br>**2B, #2, Bldg 39, Chunhua Four Seasons**<br>**Minkang Road, Minzhi, Longhua New Distri**<br>**Shenzhen**<br>**Guangdong Prov, CN 51813-1000** | **EB5 Investor** | | |
| **ZHOU,Qiang**<br>**Foster LLP**<br>**600 Travis St #2000**<br>**Houston, TX 77002** | **EB5 Investor** | | |
| **ZHOU,Siyao**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHOU,Yanxin**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |
| **ZHU,Lihua**<br>**Wolfsdorf Rosenthal LLP**<br>**1416 2nd Street**<br>**Santa Monica, CA 90401** | **EB5 Investor** | | |
| **ZHU,Ying**<br>**Stone Grzegorek & Gonzalez LLP**<br>**800 Wilshire Blvd, Ste 900**<br>**Los Angeles, CA 90017** | **EB5 Investor** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of Eastern Investments, LLC** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **March  7, 2018**                                    Signature  **/s/ Andrew S. Fonfa**
_____                                _____
                                                                           **Andrew S. Fonfa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.

In re:  **Lucky Dragon, LP**                                      Case No.  **18-10850-LED**
_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **Lucky Dragon, LP**                  Case No.    **18-10850-LED**

                   Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of Eastern Investments, LLC of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  7, 2018**                   **/s/ Andrew S. Fonfa**

                                                 **Andrew S. Fonfa**/Managing Member of Eastern Investments, LLC
                                                 Signer/Title

Lucky Dragon, LP
300 West Sahara Avenue
Las Vegas, NV 89102

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

AAF FLANDERS
24828 NETWORK PL
CHICAGO, IL 60673

Agilysys
1000 Windward Concourse, Ste 250
Alpharetta, GA 30005

AGILYSYS NV, LLC.
1858 Paysphere Circle
Chicago, IL 60674

AGS
5475 S. Decatur Blvd., Suite 100
Las Vegas, NV 89118

Ainsworth Game Technology, Ltd
5800 Rafael Rivera Way
Las Vegas, NV 89118

ALLURE HOA
200 W SAHARA AVE
LAS VEGAS, NV 89102

ALWAYS CREATIVE INC
10170 W TROPICANA # 156-201
LAS VEGAS, NV 89147

AMADEUS HOSPITALITY AMERICAS
14000 SW 119TH AVE
MIAMI, FL 33186

AMAZON
PO Box 81226
Seattle, WA 98108-1226

AMERASIAN CUISINE, LLC
145 Valle Vista, Ste. K
Vallejo, CA 94590

AMERICAN HOTEL REGISTER CO.
PO BOX 206720
DALLAS HILLS, TX 75320-6720

AMERICAN PRINTING
1512 Fremont Street
Las Vegas, NV 89101

AMERICAN TOXICOLOGY INC
3340 SUNRISE AVE STE 105
LAS VEGAS, NV 89101

APEX LINEN SERVICE INC
6375 S ARVILLE #10
LAS VEGAS, NV 89118

ARISTOCRAT
DEPT 849540
LOS ANGELES, CA 90084-9540

Assured Document Destruction
8050 Arville Street, Suite 105
Las Vegas, NV 89139

Atlantic Escrow Corporation
2111 Huntington Drive
San Marino, CA 91108

Avendra
540 Gaither Road, Suite 200
Rockville, MD 20850

BALLY GAMING INC
LOCKBOX 749335
LOS ANGELES, CA 90074-9335

BENEFIT ADMIN SRV INT CORP
2980 N CAMPBELL AVE STE 140
TUCSON, AZ 85719

BMK Professional Services LLC
621 Overview Dr
Las Vegas, NV 89145

BOFU, LLC
9711 Orient Express Ct
Las Vegas, NV 89145

BOOKING.COM
PO BOX 414462
BOSTON, MA 02241-4462

BrightView Lanscape Services, Inc
4021 W Carey Avenue
North Las Vegas, NV 89032

BROADCAST MUSIC INC
PO BOX 630893
CINCINNATI, OH 45263-0893

BROWNSTEIN HYATT FARBER SCHREC
100 North City Parkway
Las Vegas, NV 89106

CARL'S DONUTS INC
6350 SUNSET CORPORATE DRIVE
LAS VEGAS, NV 89120

CASSANDRA CHEUNG
PO BOX 80724
LAS VEGAS, NV 89180

CENTRAL CREDIT
PO BOX 60028
CITY OF INDUSTRY, CA 91716-0028

CENTURYLINK
Acct No Multiple Accounts
P.O. Box 4300
Carol Stream, IL 90197

```
Centurylink
5454 W. 110th Street
Overland Park, KS 66210

CHRYSLER CAPITAL
8585 N STEMMONS FWY
DALLASA, TX 75247

Chrysler Capital/Santander Bank NA
PO Box 961272
Fort Worth, TX 76161

CHUNG CHOU CITY LV INC
4049 SPRING MOUNTAIN ROAD
LAS VEGAS, NV 89102

Clark County Assessor
Acct No xxx-xx-xx6-001
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

CLARK COUNTY DEPT  OF AVIATION
FINANCE DIVISION
LAS VEGAS, NV 89111-1005

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY 32
LAS VEGAS, NV 89155

CLEAN THE WORLD
PO BOX 533838
ORLANDO, FL 32853

CLEAR CHANNEL OUTDOOR INC
PO BOX 742025
LOS ANGELES, CA 90074-2025

CLIMATEC LLC
770 PILOT ROAD
LAS VEGAS, NV 89119

CNA Surety
333 South Wabash
Chicago, IL 60604

Comb Brothers
5821 West Verde Way
Las Vegas, NV 89130

CONCENTRA
PO BOX 9010
BROOMFIELD, CO 80021-9010
```

CREATIVE CANDLE LIGHTING OF LV
3555 S. HIGHLAND DR SUITE 10
LAS VEGAS, NV 89103

Creative Manager, Inc.
721 Auth Avenue
Oakhurst, NJ 07755

CREATIVE PRINTING INC
6415 KARMS PARK COURT
LAS VEGAS, NV 89118

CUMMINS ALLISON CORP
PO BOX 339
MT PROSPECT, IL 60056

CUSTOM STORAGE INC
PO BOX 843838
DALLAS, TX 75284-3838

CYXTERA
13322 COLLECTION CENTER DR
CHICAGO, IL 60693-0133

DAVID FILTER
4171 S MARYLAND PKWY
LAS VEGAS, NV 89119

DC HOST SERVICES LLC
4443 COLLINGWOOD STREET
LAS VEGAS, NV 89147

DEQ Systems Corp
735 Bermuda Road, Suite G
Las Vegas, NV 89119

DEQ SYSTEMS CORP
1840 1ST STREET STE 103A
LEVIS, QUEBEC G6W5M6

Desert Fire Protection, L.P.
5040 Sobb Avenue
Las Vegas, NV 89118

Diamond Mountain Distributors
7440 Commercial Way
Henderson, NV 89011

DS SERVICES OF AMERICA INC
PO BOX 660579
DALLAS, TX 75266-0579

DUVOICE
608 STATE ST S #100
KIRKLAND, WA 98033

EARTH COLOR HOUSTON INC
7021 PORTWEST SUITE 190
HOUSTON, TX 77024

Eastern Investments, LLC
200 W Sahara Ave #4001
Las Vegas, NV 89102

EATON CORPORATION
PO BOX 93531
CHICAGO, IL 60673

ECOLAB FOOD SAFETY
SPECIALTIES INC
FORT WORTH, TX 76118

Ecolab Inc.
c/o The Corporation Trust Company of NV
Registered Agent
701 S. Carson Street, Suite 200
Carson City, NV 89701

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

El Dos De Oros Bar & Nightclub
3702 Fisher Avenue
North Las Vegas, NV 89031

ELAN OFFICE SYSTEMS
4675 W TECO AVE
LAS VEGAS, NV 89118

EMPLOYERS UNITY LLC
PO BO 173836
DENVER, CO 80217-3836

ENTERTAINMENT BENEFITS GROUP
19495 BISCAYNE BLVD SUITE 300
AVENTURA, FL 33180

ERNST & YOUNG
PO BOX 846793
LOS ANGELES, CA 90084-6793

ERNST & YOUNG LLP
3800 HOWARD HUGHES PKWY, STE 1450
Las Vegas, NV 89169

EVER BLUE OCEAN LLC
5600 SPRING MOUNTAIN RD #F
LAS VEGAS, NV 89146

Everi
7250 S Tenaya Way, Ste 100
Las Vegas, NV 89113

EVERI PAYMENTS INC
PO BOX 206036
DALLAS, TX 75320-6036

Expedia, Inc
333 108th Ave NE
Bellevue, WA 98004

EXPERIAN
PO BOX 881971
LOS ANGELES, CA 90088-1971

FED EX
PO BOX 7221
PASADENA, CA 91109-7321

FIRST CLASS VENDING INC
6875 SUVA STREET
BELL GARDENS, CA 90201

FISHER PHILLIPS
300 S FOURTH STREET SUITE 1500
LAS VEGAS, NV 89101

Food Pantry, Ltd. dba Accents
3536 Harding Avenue
Honolulu, HI 96816

FREDI & SONS INC
1 VITALE LANE
FOOTHILL RANCH, CA 92610

FREEDOM MEATS
2955 WESTWOOD DRIVE
LAS VEGAS, NV 89109

G2 GRAPHIC SERVICE
5510 CLEON AVENUE
NORTH HOLLYWOOD, CA 91601

GAMING PARTNERS INTERNATIONAL
3945 WEST CHEYENNE AVE
NORTH LAS VEGAS, NV 89032

Garda CL West, Inc.
1685 Palm Street
Las Vegas, NV 89104

GET FRESH SALES INC
6745 S ESCONDIDO ST
LAS VEGAS, NV 89119

GILLS PRINTING & COLOR GRAPHIC
PO BOX 97598
LAS VEGAS, NV 89193-7598

GoConcierge
c/o Alice
18757 Burbank Blvd, Ste 212
Tarzana, CA 91356

GREAT BUNS BAKERY
3270 E. TROPICANA
LAS VEGAS, NV 89121

HD SUPPLY FACILITIES MAINT.LTC
4825 E CHEYENNE AVENUE
LAS VEGAS, NV 89115

HELEN QUAN
8141 BAY HARBOR DR
LAS VEGAS, NV 89128

HTA PLUMBING & MECHANICAL
2049 PABCO ROAD
HENDERSON, NV 89011

IGT
9295 Prototype Drive
Reno, NV 89521

Infinium Software, Inc
25 Communications Way
Hyannis, MA 02601

INNSIGHT REPORTS, LLC
11828 LA GRANGE AVE
LOS ANGELES, CA 90025

INTERBLOCK USA LC
PO BOX 844902
LOS ANGELES, CA 90084-4902

INTERFLEX PAYMENT LLC
2508 HIGHLANDER WAY SUITE 200
CARROLLTON, TX 75006

INTERIOR FASHIONS LLC
3250 SIRIUS AVE SUITE FRONT
LAS VEGAS, NV 89102

INTERNATIONAL GAMING TECHNOLOG
9295 PROTOTYPE DRIVE
RENO, NV 89521

```
INTERSTATE HOTEL INSTALLATION
1550 HELM DR SUITE 140
LAS VEGAS, NV 89119

JACKSON LEWIS P.C.
P.O.BOX 416019
BOSTON, MA 02241-6019

JAK ENTERPRISES INC
4248 W RENO AVE
LAS VEGAS, NV 89118

JAYRALD SUMALINOG ADOL
6649 Topley Pike Avenue
Las Vegas, NV 89139

JCM GLOBAL
925 PILOT ROAD
LAS VEGAS, NV 89119

JFC INTERNATIONAL
7101 E SLAUSON AVE
LOS ANGELES, CA

JOHNSON BUSINESS MACHINES INC
3150 S PROCYON STREET
LAS VEGAS, NV 89102

KA HONG AU YEUNG
5F NO2 ALY 3 LN 59 SEC 1
TAIPEI CITY 116 TAIWAN ROC

KAESER & BLAIR INC
4236 GRISSOM DR
BATAVIA, OH 45103

Karsaz & Associates
c/o Chris A. Karsaz, Esq.
6276 S Rainbow Blvd, Ste 120
Las Vegas, NV 89118

KINGFISHER TRADING CO INC
9320 MABEL AVE
SOUTH EL MONTE, CA 91733

KWONG YET LUNG CO
5000 S. DECATUR BLVD
LAS VEGAS, NV 89118

LA SPECIALTY
PO BOX 2293
SANTA FE SPRINGS, CA 90670
```

Las Vegas Chinese News Network
3552 Wynn Road
Las Vegas, NV 89103

Las Vegas Economic Impact Regional Ctr
200 W Sahara Ave #4001
Las Vegas, NV 89102

LAS VEGAS MUTUAL TRADING
2955 LINCOLN RD
LAS VEGAS, NV 89002

Las Vegas Valley Water District
Acct No x535-4
1001 S. Valley View Blvd.
Las Vegas, NV 89153

LAWSON PRODUCTS
PO BOX 809401
CHICAGO, IL 60680

LAWYER MECHANICAL SERVICES INC
3036 S VALLEY VIEW BLVD
LAS VEGAS, NV 89102

LESLIE'S POOLMART INC
6470 BOULDER HWY STE B
LAS VEGAS, NV 89122

Lucky Dragon Hotel & Casino LLC
300 W. Sahara Avenue
Las Vegas, NV 89102

Lucky Dragon Hotel & Casino, LLC
300 W Sahara Ave
Las Vegas, NV 89102

MAGIC GOURMET TRADING INC
375 ADRIAN ROAD
MILLBRAE, CA 94030

MAJESTIC MIRROR & FRAME
745 NW 79 STREET
MIAMI, FL 33166

McDonald Carano LLP
c/o George F Ogilvie, III, Esq.
2300 W Sahara Ave, Ste 1200
Las Vegas, NV 89102

Midwest Pro Painting, Inc
5008 Cecile Ave
Las Vegas, NV 89115

MING WEI YANG
5225 4000 NO 3 ROAD
RICHMOND BC V6X0J8

MobileQubes, LLC
1441 Canal St, Ste 218
New Orleans, LA 70112

NATIONAL CRED-A-CHK INC
2240 SUNSET BLVD
SAN DIEGO, CA 92103

NEDCO SUPPLY
4200 WEST SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

Nevada Gaming Control Board
555 East Washington Avenue, Suite 2600
Las Vegas, NV 89101

NV Energy
Acct No 3868
P.O. Box 30086
Reno, NV 89520-3086

ODS CHAUFFEURED TRANSPORTATION
4675 WYNN ROAD
LAS VEGAS, NV 89103

OFFICE DEPOT
PO BOX 70025
LOS ANGELES, CA 90074

OPEN TABLE
PO BOX 8395
PASADENA, CA 91109-8395

ORION CHANDELIER INC
2202 SOUTH WRIGHT STREET
SANTA ANA, CA 92705

P&R PAPER SUPPLY COMPANY INC
1898 EAST COLTON AVE
REDLANDS, CA 92373

Pacific Showcase
4555 Procyon Street
Las Vegas, NV 89103

Paycom Payroll, LLC
7501 W. Memorial Road
Oklahoma City, OK 73142

PCA
108 West 2nd Street, Suite 108
Los Angeles, CA 90012

PCNA CONSULTING GROUP INC
7935 BADURA AVE SUITE 1045
LAS VEGAS, NV 89113

PDS Gaming Corporation
6280 Annie Oakley Drive
Las Vegas, NV 89120-3910

PITNEY BOWES GLOBAL FIN SRVC
PO BOX 371887
PITTSBURGH, PA 15250-7887

PREDICTIVE LEADERSHIP SOLUTION
PO BOX 93983
LAS VEGAS, NV 89195-0013

Quality One Pool Management
3217 W. Tomkins Avenue
Las Vegas, NV 89103

Rainmaker Group Las Vegas, LLC
3763 Howard Hughes Pkwy
Las Vegas, NV 89169

RED BULL
PO BOX 204750
DALLAS, TX 75320

RENU OIL OF AMERICA INC
PO BOX 93453
LAS VEGAS, NV 89193

Republic Services
Acct No 0400
PO Box 98508
Las Vegas, NV 89193-8508

REYES COCA-COLA BOTTLING LLC
PO BOX 740214
LOS ANGELES, CA 90074-0214

Rosen Materials of Nevada LLC
1818 Losee Road
North Las Vegas, NV 89030

RSVP PARTY RENTALS
445 S. VALLEY VIEW SUITE 7
LAS VEGAS, NV 89103

```
SAFLOK
PO BOX 890247
CHARLOTTE, NC 28289-0247

Sahara Investments, LLC
200 W Sahara Ave #4001
Las Vegas, NV 89102

Sahara West Executive Park
3100 W. Sahara, Suite 112
Las Vegas, NV 89102

Sahara West Executive Park
3100 W. Sahara, Suite No. 112
Las Vegas, NV 89102

SAHARA WEST EXECUTIVE PARK LLC
3100 W SAHARA AVE
LAS VEGAS, NV 89102

SANTA MONICA SEAFOOD
18531 S BROADWICK ST
RANCHO DOMINGUEZ, CA 90220

SCREAMING IMAGES LLC
6975 S DECATUR BLVD #130
LAS VEGAS, NV 89118

SECTRAN SECURITY INC
PO BOX 227267
LOS ANGELES, CA 90022-0967

SESAC
PO BOX 900013
RALEIGH, NC 27675-9013

SIMMONS GROUP NEVADA, LLC
6841 S EASTERN AVE, STE 103
LAS VEGAS, NV 89119

Snow Covered Capital, LLC
1555 Pacific Ave
San Francisco, CA 94109

Snow Covered Capital, LLC
P.O. Box 472218
San Francisco, CA 94147

SNYDERS BEVERAGE
PO BOX 98294
LAS VEGAS, NV 89193-8294

SOHO MYRIAD INC
1250 MENLO DRIVE NW SUITE C
ATLANTA, GA 30318
```

SOTHYS USA INC
1500 NW 94TH AVENUE
MIAMI, FL 33172

SOUTH CENTRAL COMM. CORP
PO BOX 633497
CINCINNATI, OH 45263-3497

SOUTHERN NEVADA ENVIRONMENTAL
SERVICES INC
4616 W SAHARA #120
LAS VEGAS, NV 89102

SOUTHERN NEVADA HEALTH DIST
PO BOX 845688
LOS ANGELES, CA 90084-5688

SOUTHWEST GAS
Acct No xxxx xxx 5133
PO BOX 98890
LAS VEGAS, NV 89193-8890

STATE RESTAURANT EQUIPMENT CO
3163 S HIGHLAND
LAS VEGAS, NV 89109

STEP SAVER INC
1901 WEST 2425 SOUTH
WOODS CROSS, UT 84087

SUNFOOD MARKET LLC
8715 LINDELL ROAD SUITE 150
LAS VEGAS, NV 89139

SUNSHINE PUBLISHING INC
4215 SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

SURVEILLANCE SYSTEMS
4465 GRANITE DR # 700
ROCKLIN, CA 95677

SYSCO-NEWPORT MEAT OF NV
5420 S VALLEY VIEW BLVD
LAS VEGAS, NV 89118

TANGERINE GLOBAL
2665 PARK CENTER DRIVE UNIT B
Simi Valley, CA 93065

TAWA NEVADA INC
6281 REGIO AVE
BUENA PARK, CA 90620

TCS JOHN HUXLEY AMERICA INC
6171 MCLEOD DR STE M
LAS VEGAS, NV 89120-4409

TECH ART INC
4185 W TECO AVE
LAS VEGAS, NV 89118

TEKVISIONS INC
40970 ANZA ROAD
TEMECULA, CA 92592

THE BUREAU OF NATIONAL AFFAIRS
PO BOX 17009
BALTIMORE, MD 21297-1009

THE RAINMAKER
4550 NORTH POINT PARKWAY #400
ALPHARETTA, GA 30022

THE STANDARD
PO Box 5203
Portland, OR 97208-9981

THE WASSERSTROM COMPANY
477 S. FONT ST
COLUMBUS, OH 43215

ULINE INC
PO BOX 88741
CHICAGO, IL 60680

US FOODS INC
PO BOX 101076
PASADENA, CA 91189

VERIZON
PO BOX 660108
DALLAS, TX 75266-0108

VSR INDUSTRIES INV
6190 MOUNTAIN VISTA STREET
HENDERSON, NV 89014

WAXIE SANITARY SUPPLY
PO BOX 60227
LOS ANGELES, CA 90060

WESSCO INTERNATIONAL
11400 OLYMPIC BLVD SUITE 450
LOS ANGELES, CA 90064

WESTERN STATES FIRE PROTECTION
3130 WESTWOOD DRIVE
LAS VEGAS, NV 89109

```
WESTERN SURETY COMPANY
P.O. BOX 957312
ST. LOUIS, MO 63195

WHITLEY INTERNATIONAL CO
1111 CORPORATE CENTER DR #301
MONTEREY PARK, CA 91754

WORLD JOURNAL LA LLC
1588 CORPORATE CENTER DRIVE
MONTEREY PARK, CA 91754

WORLD VARIETY PRODUCE
PO BOX 514599
LOS ANGELES, CA 90051

WW GRAINGER INC
2401 WESTERN AVE
LAS VEGAS, NV 89102

YOUNG ELECTRIC SIGN COMPANY
5119 S CAMERON ST
LAS VEGAS, NV 89118
```